# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BENJAMIN EARL SMITH, JR.,**

        **Plaintiff,**

**-vs-**                                                         Case No. 6:07-cv-1891-Orl-31DAB

**ANTHONY GRANT, MRS. ANTHONY GRANT, MARYLIN DAVIS, RUBY WILLIAMS and THREE JOHN DOES,**

        **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **[MOTION TO PROCEED IN FORMA PAUPERIS] AND AFFIDAVIT OF INDIGENCY (Doc. No. 9)**
>
> **FILED:** December 17, 2007
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

    Plaintiff's application shows that he has substantial assets and regular, albeit limited, income. As such, he does not qualify to proceed *in forma pauperis*. In addition, Plaintiff's Complaint does not appear to state a claim under federal law within the limited jurisdiction of this federal Court. It is recommended that his application be denied and that this action be dismissed if Plaintiff fails to pay the required fees within 11 days of any order adopting or approving this Report and Recommendation.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on January 7, 2008.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Unrepresented Party
Courtroom Deputy