**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BENJAMIN EARL SMITH, JR.,**

       **Plaintiff,**

-vs-                                                 **Case No. 6:07-cv-1891-Orl-31DAB**

**ANTHONY GRANT, MRS. ANTHONY GRANT, MARYLIN DAVIS, RUBY WILLIAMS and THREE JOHN DOES,**

       **Defendants.**
_____

## ORDER

This cause comes before the Court on Application to Proceed *In Forma Pauperis* (styled as an Affidavit of Indigency) (Doc. No. 9) filed December 17, 2007.

On January 7, 2008, the United States Magistrate Judge issued a report (Doc. No. 10) recommending that the motion be denied. No objections have been filed and the Plaintiff has paid the filing fee in full (Receipt #26621 paid on January 16, 2008). Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Application to Proceed In Forma Pauperis is **DENIED** as moot based upon the Plaintiff paying the filing fee in full..

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 28th day of January, 2008.

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE